## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**VAUGHN PARK**                                                                 **PLAINTIFF**

**v.**                                **CASE NO. 4:26-CV-000709-BSM**

**SEDGWICK CLAIMS MANAGEMENT**
**SERVICES, INC. And ENTERGY CORPORATION**                 **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of July, 2026.


_____
UNITED STATES DISTRICT JUDGE